UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SERGIO MONTELONGO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ALLSTATE VEHICLE AND PROPERTY § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO.: 3:25-cv-00059-E |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Allstate Vehicle and Property Insurance Company, files this Notice of Settlement and respectfully notifies the Court that on July 7, 2025, Defendant and Plaintiff entered into an agreement to settle all claims against Defendant in this case. The parties anticipate that within sixty (60) days, a settlement agreement will be signed by all parties and a Joint Stipulation of Dismissal with Prejudice will be filed.

          Respectfully Submitted,

          */s/ Susan E. Egeland*
          SUSAN E. EGELAND
          ATTORNEY-IN-CHARGE
          State Bar No. 24040854
          susan.egeland@faegredrinker.com
          SARA E. INMAN
          State Bar No. 24073098
          sara.inman@faegredrinker.com
          FAEGRE DRINKER BIDDLE & REATH LLP
          2323 Ross Ave., Ste. 1700
          Dallas, Texas 75201
          (469) 357-2500 (Telephone)
          (469) 327-0860 (Fax)
          **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been filed with the Court and served to all counsel of record in accordance with the Federal Rules of Civil Procedure on July 10, 2025, via ECF notification.

          */s/ Susan E. Egeland*
          SUSAN E. EGELAND